**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Best Cheer Stone, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3379250** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3190 E. Miraloma Ave.** <br> **Anaheim, CA 92806** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.bestcheerstone.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Best Cheer Stone, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     5032

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Best Cheer Stone, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency

Contact name

Phone

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Best Cheer Stone, Inc.**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Best Cheer Stone, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 19, 2025**
              MM / DD / YYYY

X /s/ Yanlin "Kathy" Xu           **Yanlin "Kathy" Xu**
    Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

X /s/ Robert P. Goe                  Date   **May 19, 2025**
    Signature of attorney for debtor             MM / DD / YYYY

**Robert P. Goe 137019**
Printed name

**GOE FORSYTHE & HODGES LLP**
Firm name

**17701 Cowan**
**Lobby D, Suite 210**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 798-2460**     Email address   **rgoe@goeforlaw.com**

**137019 CA**
Bar number and State

Resolution of Board of Directors
of
**Best Cheer Stone, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yanlin Xu, President this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Yanlin Xu, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yanlin Xu, President, of this Corporation is authorized and directed to employ Robert P. Goe 137019, attorney and the law firm of GOE FORSYTHE & HODGES LLP to represent the corporation in such bankruptcy case.

Date  May 19, 2025                              Signed _____
                                                        Yanlin Xu

## United States Bankruptcy Court
### Central District of California

In re   **Best Cheer Stone, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Yanlin Xu, declare under penalty of perjury that I am the President of Best Cheer Stone, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19th day of May, 2025_.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yanlin Xu, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Yanlin Xu, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Yanlin Xu, President of this Corporation is authorized and directed to employ **Robert P. Goe 137019**, attorney and the law firm of GOE FORSYTHE & HODGES LLP to represent the corporation in such bankruptcy case."

Date   May 19, 2025

Signed _____

Yanlin Xu, President

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Best Cheer Stone, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Victor Rojas Individual on behalf of himself and others similarly sit c/o Torus LLP 2 Park Plaza, Suite 1260 Irvine, CA 92614** | **Daniel Hyun** **dh@danielhyunlaw .com** **(949) 596-4782** | **Other Employment - Civil** | | | | $623,880.00 |
| **Stone and Me, Inc. 1900 Proforma Ave, Suite C&K Ontario, CA 91761-8507** | **Chi Chen** **alicegu@crystalflo or.us** **909-203-0970** | **Inventory** | | | | $77,576.17 |
| **Ambrose Wong 1290 Tournament Drive Burlingame, CA 94010** | | | **Contingent Unliquidated** | | | $15,712.17 |
| **Ringstad & Sanders LLP 4910 Birch Street, Suite 120 Newport Beach, CA 92660** | **Todd Ringstad** **todd@ringsadlaw.c om** **(949) 851-7450** | **Legal Fees** | | | | $12,102.06 |
| **Abraham Vargas Manzano c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945** | **James P. Nevin** **jnevin@braytonlaw .com** **(844) 768-0794** | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |

Debtor  **Best Cheer Stone, Inc.**
   Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adan Gomez-Rivera c/o Jason Frederick Meyer Gordon Rees Scully Mansukhani LLP, 101 W Broadway Ste 2000 San Diego, CA 92101-8221** | **Jason R. Meyer** jmeyer@gordonrees.com 619-230-7767 | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Alajandro Gonzalez-Castanon c/o Brayton Purcelll LLP 222 Rush Landing Rd Novato, CA 94945** | **Alan R. Brayton** abrayton@braytonlaw.com (844) 768-0794 | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Alejandro Morales Sanchez c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945** | **Alan R. Brayton** abrayton@braytonlaw.com (844) 768-0794 | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Ana Gonzalez c/o Metzger Law Group 555 E Ocean Blvd Ste 800 Long Beach, CA 90802** | **Raphael Metzger** rmetzger@toxictorts.com (562) 437-4499 | **Toxic Tort/Wrongful Death Notice of Submission of Petition for Coordination ((CGC-23-605643)) Filed by Ana Gonzalez** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Andrea Viridiana Ramirez Miranda c/o Yoosefian Law Firm, P.C. 135 S Jackson St Suite 203 Glendale, CA 91205** | **Ronald Yoosefian** ron@ylflaw.net (818) 275-8572 | **Wrongful Termination - Civil** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Andres Noe Meza c/o Lewis Brisbois 633 W 5th St Ste 4000 Los Angeles, CA 90071** | abrayton@braytonlaw.com (844) 768-0794 | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |

Debtor  **Best Cheer Stone, Inc.**
_____    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Angel Gallegos-Botello c/o Metzger Law Group 555 E Ocean Blvd Ste 800 Long Beach, CA 90802 | Raphael Metzger rmetzger@toxictorts.com (562) 437-4499 | Toxic Tort/Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |
| Antonio Lopez Castillo c/o Brayton Purcell LLP 222 Rush Landing Road Novato, CA 94945 | Alan R. Brayton abrayton@braytonlaw.com (844) 768-0794 | Toxic Injury or Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |
| Aramis Miguel Carmona Garizao c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945 | Alan R. Brayton abrayton@braytonlaw.com (844) 768-0794 | Toxic Injury or Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |
| Arturo Diaz Vazquez c/o o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945 | Alan R. Brayton abrayton@braytonlaw.com (844) 768-0794 | Toxic Injury or Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |
| Arturo Montoya-Bautista c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945 | Alan R. Brayton abrayton@braytonlaw.com (844) 768-0794 | Toxic Injury or Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |
| Bautista Elisea Cortes c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945 | Alan R. Brayton abrayton@braytonlaw.com (844) 768-0794 | Toxic Injury or Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |
| Bictor Reyes Agnuiano c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945 | Alan R. Brayton abrayton@braytonlaw.com (844) 768-0794 | Toxic Injury or Wrongful Death | Contingent Unliquidated Disputed | | | $0.00 |

Debtor   **Best Cheer Stone, Inc.**                                        Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carlos Fernando Polanco Contreras c/o Brayton Purcell LLP 222 Rush Landing Rd Novato, CA 94945** | **Alan R. Brayton**<br><br>abraytonA@braytonlaw.com<br>(844) 768-0794 | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Cesar Manuel Gonzalez Quiroz c/o Metzger Law Group 555 E Ocean Blvd Ste 800 Long Beach, CA 90802** | **Raphael Metzger**<br><br>rmetzger@toxictorts.com<br>(562) 437-4499 | **Toxic Injury or Wrongful Death** | **Contingent Unliquidated Disputed** | | | $0.00 |

Best Cheer Stone, Inc.
3190 E. Miraloma Ave.
Anaheim, CA 92806


Robert P. Goe
GOE FORSYTHE & HODGES LLP
17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614


Abe Strik
12156 Sherman Way
North Hollywood, CA 91605


Abraham Vargas Manzano
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Adan Gomez-Rivera
c/o Jason Frederick Meyer
Gordon Rees Scully Mansukhani LLP,
101 W Broadway Ste 2000
San Diego, CA 92101-8221


Alajandro Gonzalez-Castanon
c/o Brayton Purcelll LLP
222 Rush Landing Rd
Novato, CA 94945


Alejandro Morales Sanchez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Ambrose Wong
1290 Tournament Drive
Burlingame, CA 94010

Ana Gonzalez
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Andrea Viridiana Ramirez Miranda
c/o Yoosefian Law Firm, P.C.
135 S Jackson St Suite 203
Glendale, CA 91205


Andres Noe Meza
c/o Lewis Brisbois
633 W 5th St Ste 4000
Los Angeles, CA 90071


Angel Gallegos-Botello
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Antonio Lopez Castillo
c/o Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94945


Aramis Miguel Carmona Garizao
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Arturo Diaz Vazquez
c/o o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Arturo Montoya-Bautista
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Bautista Elisea Cortes
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Best Cheer Stone Holdings, Inc.
3190 E. Miraloma Avenue
Anaheim, CA 92806


Bictor Reyes Agnuiano
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001


Carlos Fernando Polanco Contreras
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Cesar Manuel Gonzalez Quiroz
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Crispin Jimenez Diaz
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Daniel Morales Aguilar
c/o Spencer Fane, LLP
201 Santa Monica Blvd., Ste 550
Santa Monica, CA 90401

David Fuentes-Montes
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


David Olmedo Cruz
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


David Partida Rivas
c/o Gordon Rees Scully Mansukhani
101 W Broadway Ste 2000
San Diego, CA 92101


Demitrio Luna-Reyes
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Dennis Alexis Guillen Guzman
c/o Metzer Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Dennys Rene Rivas-Williams
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Didier Francisco Alvarez Soto
c/o Hugo Parker, LLP
90 New Montgomery Street, Suite 101
San Francisco, CA 94105


Domingo Ojeda-Alverdin
c/o Lydecker National Litigation La
523 West Sixth Street, Suite 716
Los Angeles, CA 90014

Edgar Andres Mendez Romero
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Edgar Martinez Pimental
c/o Metzger Law Group
555 E. Ocean Blvd, Suite 800
Long Beach, CA 90802


Eligio Moralez Sanchez
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Elio Enai Esquivel Rivera
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Enrique Gonzalez Ramirez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Enrique Zarate Perez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Evelin Liseth Gonzalez Rodriguez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Felipe Torres Hernandez
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Fernando Barajas-Salomon
c/o The Cook Group
27422 Portola Pkwy, Ste 200
Foothill Ranch, CA 92610


Fernando Bustos-Mondragon
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952


Francisco Alvarez Alvarado
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Gerardo Ocampo Rodriguez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Gerardo Ramirez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Gerardo Reyes
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Gerinson Reyes Gonzalez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


GSRP
3190 E. Miraloma Avenue
Anaheim, CA 92806


Guillermo Mora De Los Santos
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Gustavo Reyes-Gonzalez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


House of Imports
6862 Autocenter Drive
Buena Park
Buena Park, CA 90621


Hugo Montoya Bautista
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ismael Manzano Chavarria
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

J. Guadalupe Reyes-Cuevas
c/o The Cook Group
27422 Portola Pkwy, Ste 200
Foothill Ranch, CA 92610


Jaime Blanco Maciel
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Jeison Josue Ortega-Rabanales
c/o Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945


Jesus Aguilar Salmeron
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Jesus Ruben Garcia Olvera
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Jesus Zarate Perez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Joaquin Fernando Alvarado
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Jonatan Manzano-Galindo
c/o Hugo Parker, LLP
90 New Montgomery Street, Suite 101
San Francisco, CA 94105

Jorge Alfredo Vazquez-Aguilar
c/o Lieff Cabraser Heimann & Bernst
275 Battery Street, Suite 2900
San Francisco, CA 94111


Jose Alberto Gonzalez-quiroz
Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Jose Daniel Parral-Lopez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Jose Estudillo Urrutia
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Jose Guadalupe Aguayo Castanon
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Jose Guadalupe Soto-Rodriguez
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Jose Gutierrez-Rivero
c/o Metzer Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Jose Hernan Solares
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Jose Isreal Menera-Servin
c/o Hugo Parker, LLP
90 New Montgomery Street, Suite 101
San Francisco, CA 94105


Jose Luis Martir-Navarro
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Jose Luis Rosales Soria
c/o Gordon Rees Scully Mansukhani
01 W Broadway Ste 2000
San Diego, CA 92101


Jose Manuel Ruiz
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Juan Clemente Nino Lopez
c/o Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94945


Juan Francisco Abarca Vejar
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Juan Lopez Gomez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Juan Manuel Sandoval
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802

Juan Rodrigo Gonzalez-Morin
c/o Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945


Juan Sanchez Diaz
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Julio Gomez Carrero
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Leobardo Segura-Meza
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Levi Dimas Gomez-Rodriguez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Lorenzo Quintero Ruiz
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Luis Alonso Turcios
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Manuel De Jesus Turcios Arevalo
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Marco Antonio Bermudez Ruiz
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Marco Vinicio Godinez Gomez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Mardoqueo Escobar Pineda
c/o Waters Kraus Paul & Siegel
11601 Wilshire Blvd, Ste 1900
Los Angeles, CA 90025


Maria Estela Vazquez Ibarra
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Mario Ghagolla Andrade
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Marlon Omar Martinez Avila
c/o Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945


Martin Cardona-Alcaraz
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Martin Gomez
c/o Metzger Law Group
55 E Ocean Blvd Ste 800
Long Beach, CA 90802

Martin Melendez-Murillo
c/o Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945


Marvin Rivas-Williams
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Mauricio Antonio Portillo Luna
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Maximo Sanchez-Flores
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


MGM Partnership
13359 Old Winery Road
Poway, CA 92064


Mia Gong
Agent for Service
Stones and Me, Inc.
3667 S. Bearberry Avenue
Ontario, CA 91761


MRC
P.O. Box 31001-4128
Pasadena, CA 91110


Mynor Lopez-Gonzalez
c/o Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945

Nicolas Torres Hernandez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Olgario Torres Orozco
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Oscar Antonio Alvarado Ortiz
c/o Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945


Pablo Antonio Rangel-Aguilar
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Pedro Alamillo Santos
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Raymundo Cruz Martinez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Ricardo Manzano Galindo
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Ricky Jose Tucios
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Ringstad & Sanders LLP
4910 Birch Street, Suite 120
Newport Beach, CA 92660


Rodolfo Figueroa
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Rodolfo Garcia-Rosas
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Rodolfo Hernandez Herrera
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Rodrigo Martinez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Rolando Sanchez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Salvador Martinez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Sergio Isreal Consuelos Ibarra
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802

Sergio Isreal Consuelos Ibarra
c/o Matzger Law Group
555 E. Ocean Blvd Ste 800
Long Beach, CA 90802


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Stone and Me, Inc.
1900 Proforma Ave, Suite C&K
Ontario, CA 91761-8507


Tomas Blanco Maciel
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Toyota Industries Commercial Financ
P.O. Box 9050
Coppell, TX 75019-9050


Toyota Industries Commercial Financ
P. O. Box 9050
Coppell, TX 75019-9050


Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266


Victor Carlos Ortiz Martinez
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945

Victor Gonzalez
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


Victor Manuel Martinez Rios
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Victor Rojas Individual on behalf
of himself and others similarly sit
c/o Torus LLP
2 Park Plaza, Suite 1260
Irvine, CA 92614


Victor Torres Orozco
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945


Wells Fargo Bank, N.A
800 Walnut St.
Des Moines, IA 50309-3605


Wendy Viridiana Solano-Claustro
c/o Metzger Law Group
555 E Ocean Blvd Ste 800
Long Beach, CA 90802


William Landa Verde
c/o Brayton Purcell LLP
222 Rush Landing Rd
Novato, CA 94945